# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **Robert Lewis, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| -vs- | ) Case No. 04-2366-CM |
| | ) |
| **State of Kansas, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursusant to the Memorandum and Order entered on May 24, 2005, plaintiff to take nothing and this action is dismissed.

Date:  May 24, 2005         RALPH L. DeLOACH, CLERK

                            By: s/ Jane Stepp
                            Jane Stepp, Deputy Clerk