# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ROBERT L. LEWIS and MARY C. LEWIS,**   )
                                         )
       **Plaintiffs,**                )
                                         )
**v.**                                   )
                                         )   No. 04-2366-CM
                                         )
**STATE OF KANSAS and KANSAS STATE**     )
**BANK COMMISSIONER OFFICE,**            )
                                         )
       **Defendants.**                )
                                         )

## MEMORANDUM AND ORDER

This case is before the court on plaintiffs' Motion to Clarify Findings of Fact and Conclusions of Law with Memorandum Incorporated (Doc. 44). Despite the heading of plaintiff's motion, plaintiffs again essentially ask the court to reconsider its May 24, 2005 Memorandum and Order dismissing this case. Plaintiffs have previously filed several motions seeking reconsideration of the court's May 2005 order. The court denied plaintiffs' most recent motions on July 13, 2006.

Plaintiffs' current motion gives the court no basis on which the court can modify the outcome of this case. The facts warranting the original dismissal have not changed, and plaintiffs fail to offer the court a valid reason to alter or amend judgment under Fed. R. Civ. P. 60(b).

The court understands that plaintiffs are frustrated with their perceived lack of due process. The court remains sympathetic, but simply is not in a position to offer plaintiffs any relief. Plaintiffs' most recent filing raises no new facts, issues, or law that would change the court's determination that it lacks jurisdiction over plaintiffs' claims. The court has also reviewed plaintiffs' arguments contained in Doc. 43. To the

extent that Doc. 43 can be construed as a motion, and not merely an objection to the court's previous orders, the court also finds no basis for relief in Doc. 43.

**IT IS THEREFORE ORDERED** that plaintiffs' Motion to Clarify Findings of Fact and Conclusions of Law with Memorandum Incorporated (Doc. 44) is denied.

Dated this 27th day of February 2007, at Kansas City, Kansas.

**s/ Carlos Murguia**
**CARLOS MURGUIA**
**United States District Judge**
